UNITED STATES CASUALTY COMPANY, PLAINTIFF-RE-
SPONDENT, v. HERCULES POWDER COMPANY, DE-
FENDANT-PETITIONER.

See same case below: 4 *N. J. Super.* 444.

*Messrs. Schenck, Price, Smith & King* and *Mr. Edward
L. C. Vogt* for the petitioner.

*Messrs. Cox & Walburg* for the respondent.

October 17, 1949.   Granted.

THE CITY OF CAMDEN, PLAINTIFF-PETITIONER, v. SOUTH
JERSEY PORT COMMISSION, SOMETIMES REFERRED
TO AS SOUTH JERSEY PORT DISTRICT, DEFENDANT-
RESPONDENT.

See same case below: 2 *N. J. Super.* 278.

*Mr. John J. Crean* for the petitioner.

*Mr. Theodore D. Parsons,* Attorney-General, *Mr. Laurence
L. Crispin* and *Mr. J. Raymond Tiffany* for the respondent.

October 24, 1949.   Granted.